# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Frank Nellom,                                   :
                          Petitioner            :
                                                :
              v.                                :
                                                :
Department of Human Services,                   :
                          Respondent            :         No. 1519 C.D. 2022

**PER CURIAM**                    **O R D E R**

       NOW, April 25, 2024, upon consideration of Petitioner's application for reargument and Respondent's answer in response thereto, the application is DENIED.